Case 6:11-ap-01706-DS    Doc 3    Filed 05/18/11    Entered 05/18/11 17:10:58    Desc
Main Document    Page 1 of 13

Case 6:11-ap-01706-DS    Doc 2    Filed 05/18/11    Entered 05/18/11 09:45:54    Desc
Main Document    Page 1 of 4

Case 6:11-ap-01706-DS    Doc 1    Filed 05/17/11    Entered 05/17/11 17:03:28    Desc
Main Document    Page 48 of 48

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| TODD A. FREALY (State Bar No. 198780)<br>MICHELLE S. GRIMBERG (State Bar No. 217327)<br>CARMELA T. PAGAY (State Bar No. 195603)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, CA 90067<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>*Attorney for Plaintiff* Sandra L. Bendon, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: DONALD CLARK, | CHAPTER ~~6~~ 7 |
|---|---|
| | CASE NUMBER 6:09-bk-27214-DS |
| Debtor. | ADVERSARY NUMBER 11-01706-DS |
| SANDRA L. BENDON, Chapter 7 Trustee,<br>vs.    Plaintiff(s),<br>MICHAEL HERSHMAN, LINDA HERSHMAN, JOEL BENNETT, DOREEN BENNETT, ALTERRA RESORTS, INC., BELLE MONTE HOT SPRINGS RESORT & SPA, LLC,<br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by __6-17-2011__, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: 8-25-2011    Time: 11:00AM    Courtroom: 304    Floor: 3rd |
|---|
| ☐ 255 East Temple Street, Los Angeles        ☐ 411 West Fourth Street, Santa Ana |
| ☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara |
| ☒ 3420 Twelfth Street, Riverside |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: __5-18-11__

KATHLEEN J. CAMPBELL
Clerk of Court
By: _Denise Salmonetti_
*Deputy Clerk*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)

F 7004-1

F70041

STATUS CONFERENCE PROCEDURES
JUDGE DEBORAH J. SALTZMAN

1.  The Court will set an initial status conference in all adversary proceedings and in all chapter 11 cases to be held approximately 60 days after the matter is filed. Trial counsel must appear at the initial adversary proceeding status conference in person, and debtor's counsel must appear at the initial chapter 11 status conference in person. Unless otherwise ordered by the court, parties and counsel may attend subsequent status conferences telephonically in accordance with Judge Saltzman's telephonic appearance procedures, which are available on the Court's website, www.cacb.uscourts.gov, by clicking on "Information," and then the judge's name.

2.  A thorough, written status report, filed 14 days in advance, is required before each adversary proceeding and chapter 11 status conference. For adversary proceeding status conferences, the status report must be a Joint Status Report in a form substantially similar to the attached Exhibit A, i.e., Local Form 7016-1.1. Failure to file such a Joint Status Report may result in the imposition of monetary sanctions and/or the status conference being continued and parties being ordered to redo the status report to conform to Exhibit A.

3.  Pursuant to Local Bankruptcy Rule 7016-1(a)(3), if a defendant has not responded to the complaint or fails to cooperate in the preparation of a joint status report, the plaintiff is required to file a unilateral status report not less than 10 days before the date scheduled for the status conference, which report should contain the information in Sections A-E of Exhibit A and include a declaration setting forth the attempts made by the plaintiff to contact or obtain the cooperation of the defendant in the preparation of a joint status report.

A status report is not required *only* in the following limited circumstances:

A.  The matter is an adversary proceeding and, prior to the date scheduled for the status conference, the parties have filed and the court has entered an order approving a stipulation that resolves all issues raised by the adversary proceeding and provides either for dismissal of the action in its entirety or the entry of judgment in the action.

B.  The matter is an adversary proceeding, defaults have been entered as against all defendants and the plaintiff has filed and served a motion for default judgment prior to the date scheduled for the status conference.

C.  The parties have filed, and prior to the date scheduled for the status conference, the court has entered an order approving, a stipulation continuing the status conference to a later date (in which case a written

Effective 3/29/10

status report must be filed not less than 14 days in advance of the continued status conference date).

D.  The Court has expressly relieved the parties of the obligation to file a written status report.

4.  Unless one of the four exceptions outlined above applies, status reports must be filed in a timely manner. Parties that fail to do so will be subject to a minimum sanction of $150, or such other sanctions as may be warranted under the circumstances or allowed under Local Bankruptcy Rule 7016-1(f).

5.  Failure to appear for a status conference in an adversary proceeding may result in a minimum sanction of $250, dismissal of the adversary proceeding for failure to prosecute or such other sanctions as may be warranted under the circumstances or allowed under Local Bankruptcy Rule 7016-1(f).

6.  If a response to the complaint is not timely filed:

A.  The plaintiff should file a request for entry of default by the clerk. The plaintiff also may request entry of a default judgment by filing and serving (if necessary) an appropriate motion; see Fed. R. Bankr. P. 7055 and Local Bankruptcy Rule 9021-1(d);

AND

B.  No later than ten days prior to the status conference, each appearing party must file a Unilateral Status Report (containing the information set forth in Sections A-E of Exhibit A) as required by Local Bankruptcy Rule 7016-1(a)(2).

7.  If the parties dispute whether the adversary proceeding is "core" within the meaning of 28 U.S.C. § 157(b), they must file points and authorities in support of their positions. Any party contending that the proceeding is "non-core" must file and serve a memorandum of points and authorities and evidence in support of its position no less than 14 days before the status conference. Any response must be filed at least seven days before the status conference. **If a party does not file and serve its papers in a timely manner, that failure may be deemed consent to whatever determination the Court makes.**

8.  Any party claiming a right to trial by jury must make a timely demand as set forth in Local Bankruptcy Rule 9015-2. If the parties dispute whether a party has a right to a jury trial, they must file points and authorities in support of their positions. Any party asserting a right to a jury trial must file and serve a memorandum of points and authorities and evidence in support of its position no less than 14 days before the status conference. Any response must be filed at least seven days before the status conference. **If a party does not**

Effective 3/29/10

**file and serve its papers in a timely manner, that failure may be deemed consent to whatever determination the Court makes.**

9.     Unless otherwise ordered by the Court, within seven days after the status conference, the plaintiff must submit a Scheduling Order which complies with Local Bankruptcy Rule 7016-1(a)(3).

10.    Extensions of time to respond to a pleading are ineffective by stipulation of the parties unless approved by the Court. The Court is likely to deny requests to extend the response deadline to a date within five days of the hearing date unless the hearing date is continued to a date which permits the Court adequate time to consider the pleadings.

11.    A copy of these instructions, including Exhibit A, must be attached to every copy of the complaint served upon a party, and the affidavit of service must state that these instructions were served along with a copy of the summons and complaint.

Effective 3/29/10

| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Attorney for | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re: | | |
|---|---|---|
| | Debtor(s). | |
| | Plaintiff(s). | CHAPTER:<br>CASE NO.: |
| vs. | | ADVERSARY NO.: |
| | Defendant(s). | DATE:<br>TIME:<br>PLACE: |

# JOINT STATUS REPORT
# LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.    PLEADINGS/SERVICE:**

1. Have all parties been served?  ☐ Yes  ☐ No

2. Have all parties filed and served answers to the complaint/ counter-complaints/etc.?  ☐ Yes  ☐ No

3. Have all motions addressed to the pleadings been resolved?  ☐ Yes  ☐ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1?  ☐ Yes  ☐ No

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below *(or on attached page)*:

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          F 7016-1.1

| Joint Status Report - *Page 2* | | **F 7016-1.1** |
|---|---|---|
| In re | | CHAPTER: |
| | | CASE NO.: |
| | Debtor(s). | ADVERSARY NO.: |

**B.   READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?
   <u>Plaintiff</u>                                   <u>Defendant</u>

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.
   <u>Plaintiff</u>                                   <u>Defendant</u>

3. When do you expect to complete <u>your</u> discovery efforts?
   <u>Plaintiff</u>                                   <u>Defendant</u>

4. What additional discovery do you require to prepare for trial?
   <u>Plaintiff</u>                                   <u>Defendant</u>

**C.   TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (including rebuttal stage if applicable)?
   <u>Plaintiff</u>                                   <u>Defendant</u>

2. How many witnesses do you intend to call at trial (including opposing parties)?
   <u>Plaintiff</u>                                   <u>Defendant</u>

3. How many exhibits do you anticipate using at trial?
   <u>Plaintiff</u>                                   <u>Defendant</u>

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                   **F 7016-1.1**

| Joint Status Report - *Page 3* | F 7016-1.1 |
|---|---|

| In re | CHAPTER: |
|---|---|
| | CASE NO.: |
| Debtor(s). | ADVERSARY NO.: |

**D.  PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>

Pre-trial conference ___ (is)/ ___ (is not) requested.
Reasons: _____
_____
_____
_____

<u>Defendant</u>

Pre-trial conference ___ (is)/ ___ (is not) requested.
Reasons: _____
_____
_____
_____

<u>Plaintiff</u>

Pre-trial conference should be set <u>after</u>:

(date) _____

<u>Defendant</u>

Pre-trial conference should be set <u>after</u>:

(date) _____

**E.  SETTLEMENT:**

1. What is the status of settlement efforts?

2. Has this dispute been formally mediated?    ☐ Yes    ☐ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   Plaintiff
   ☐ Yes    ☐ No

   Defendant
   ☐ Yes    ☐ No

*(Continued on next page)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                              F 7016-1.1

| Joint Status Report - *Page 4* | | **F 7016-1.1** |
|---|---|---|
| In re | | CHAPTER: |
| | | CASE NO.: |
| | Debtor(s). | ADVERSARY NO.: |

**F.** **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Respectfully submitted,

Dated: _____    Dated: _____

_____    _____
*Firm Name*                                *Firm Name*

By: _____    By: _____

Name: _____    Name: _____

Attorney for: _____    Attorney for: _____

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                          **F 7016-1.1**

Joint Status Report - *Page 5*    **F 7016-1.1**

| In re | CHAPTER: |
|---|---|
|  | CASE NO.: |
| Debtor(s). | ADVERSARY NO.: |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described as _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:


**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date | Type Name | Signature |
|---|---|---|

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 7016-1.1**

Joint Status Report - *Page 6*                                                     **F 7016-1.1**

| In re | CHAPTER: |
|---|---|
|  | CASE NO.: |
| Debtor(s). | ADVERSARY NO.: |

**ADDITIONAL SERVICE INFORMATION** (if needed):

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                        **F 7016-1.1**

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document described as **SUMMONS AND NOTICE OF STATUS CONFERENCE; STATUS CONFERENCE PROCEDURES, and COMPLAINT FOR: (1) BREACH OF PARTNERSHIP AGREEMENT; (2) BREACH OF FIDUCIARY DUTY; (3) FRAUD; (4) CONSPIRACY; (5) UNJUST ENRICHMENT; (6) DECLARATORY RELIEF; AND (7) DISSOLUTION OF PARTNERSHIP AND ACCOUNTING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 18, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Sandra L Bendon (TR)    sandra.bendon@att.net, sbendon@ecf.epiqsystems.com
- Todd A Frealy    taf@lnbyb.com
- Michelle S Grimberg    msg@lnbrb.com, angela@lnbrb.com
- Carmela Pagay    ctp@lnbrb.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL** (indicate method for each person or entity served):
On **May 18, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Deborah J. Saltzman
U.S. Bankruptcy Court
3420 Twelfth Street, #345
Riverside, CA 92501

Defendant
Michael Hershman
30141 Agoura Road
Winnetka, CA 91306

Defendant
Michael Hershman
207 W. Los Angeles Avenue, #155
Moorpark, CA 93021

Defendant
Michael Hershman
10817 Alysheba Drive
Moorpark, CA 93021

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**

Defendant
Lindal Hershman
30141 Agoura Road
Winnetka, CA 91306

Defendant
Linda Hershman
207 W. Los Angeles Avenue, #155
Moorpark, CA 93021

Defendant
Linda Hershman
10817 Alysheba Drive
Moorpark, CA 93021

Defendant
Joel Bennett
6791 Trevino Drive
Moorpark, CA 93021

Defendant
Doreen Bennett
6791 Trevino Drive
Moorpark, CA 93021

Defendant
Alterra Resorts, Inc.
30141 Agoura Road
Winnetka, CA 91306

Agent for Service for Defendant Alterra
Michael Hershman
30141 Agoura Road
Winnetka, CA 91306

Defendant
Bella Monte Hot Springs Resort & Spa, LLC
6791 Trevino Drive
Moorpark, CA 93021

Agent for Service for Defendant Bella Monte
Joel Bennett
6791 Trevino Drive
Moorpark, CA 93021

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                          F 9013-3.1.PROOF.SERVICE

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_Fill in Date Document is Filed,_** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 18, 2011 | Katie Finn | *Katie Finn* (signature) |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                 **F 9013-3.1.PROOF.SERVICE**